IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PHIPPS, | CASE NO. CV F 10-2025 LJO SKO |
| Plaintiff, | **ORDER TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | (Doc. 7.) |
| WELLS FARGO BANK, N.A., et al, | |
| Defendants. | |

Based on plaintiff's withdrawal, this Court VACATES the December 15, 2010 hearing on plaintiff's motion for preliminary injunction. This Court takes no action on the motion for preliminary injunction which plaintiff may refile and set another hearing date. Defendants need not respond to the withdrawn motion for preliminary injunction. The clerk is directed to term document 7.

IT IS SO ORDERED.

**Dated:   December 3, 2010**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1